UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

Case No. 15-cr-20106-18
Hon. Matthew F. Leitman

**CEDARRIUS RAYNARD FROST,**

    Defendant.

_____/

## ORDER GRANTING DEFENDANT LEAVE TO FILE REPLY

On February 14, 2024, Defendant Cedarrius Raynard Frost filed a Motion for Reduction in Sentence. (*See* Mot., ECF No. 968.)  On April 15, 2024, the Government responded. (*See* Response, ECF No. 970.)  On April 29, 2024, Frost filed a letter indicating that he would like to raise some points in reply to the Government. (*See* Letter, ECF No. 971.)  The Court **GRANTS** Frost leave to file a reply brief by no later than **June 30, 2024**. The Court asks that Frost type his reply brief, if at all possible.  While the Court will carefully read the reply brief even if it is handwritten, it is easier for the Court to review typewritten documents, and Frost has previously been able to submit typewritten documents.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126